IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>MANUEL JAVIER ZERTUCHE, )<br>)<br>Defendant.     ) | Criminal Action No. 05-76-UNA |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Manuel Javier Zertuche.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 7-26-05

AND NOW, to wit, this __26__ day of __July__, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Manuel Javier Zertuche.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE