IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Criminal Action No. 05-76-UNA |
| ) | |
| MANUEL JAVIER ZERTUCHE, ) | |
| ) | |
| Defendant. ) | |

FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REDACTED

## INDICTMENT

### Count 1

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly, and with wanton disregard for the consequences of his act, did take a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle, by shooting it with a .22 caliber rifle, when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a).

### Count 2

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly, and with wanton disregard for the consequences of his act, did take, that is, did molest and disturb, a nest of a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle, by cutting down with a chainsaw a tree containing the nest, when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a) and Title 18, United States Code, Section 2.

### Count 3

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly did possess a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle,

when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a) and Title 18, United States Code, Section 2.

### Count 4

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly did transport, a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle, when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a) and Title 18, United States Code, Section 2.

### Count 5

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly did possess a firearm, that is, a .22 caliber rifle, which had been transported in interstate commerce to Delaware, the defendant having been convicted in the District Court for Anne Arundel County, Maryland, Case No. K-97-00306 ID, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 7-26-05

2