IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05- 76-UNA |
| | ) | |
| MANUEL JAVIER ZERTUCHE, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Manuel Javier Zertuche, as a result of the Indictment returned against him on July 26, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 7-26-05

AND NOW, this 26 day of July, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Manuel Javier Zertuche..

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUL 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE