IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MANUEL JAVIER-ZERTUCHE, )<br>)<br>Defendant. ) | Criminal Action No. 05-76 |

### MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Manuel Javier-Zertuche was apprehended in the Western District of Texas on December 14, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 12-15-05

AND NOW, this 16th day of Dec., 2005, upon the foregoing Motion, it is ORDERED that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable ~~Mary Pat Thynge~~ Gregory M. Sleet
United States ~~Magistrate Judge~~ District Judge