## FEDERAL PUBLIC DEFENDER
### WESTERN DISTRICT OF TEXAS

FEDERAL BUILDING • HEMISFAIR PARK
727 E. DURANGO BOULEVARD, SUITE B-207
SAN ANTONIO, TEXAS 78206-1278

LUCIEN B. CAMPBELL
FEDERAL PUBLIC DEFENDER

HENRY J. BEMPORAD
DEPUTY DEFENDER

WILLIAM R. MAYNARD
ELIZABETH ROGERS
WILLIAM D. FRY
CHRISTINE W. KELSO
WILLIAM H. IBBOTSON
MAUREEN FRANCO
SUPERVISORY ASSISTANTS

TELEPHONE
(210) 472-6700

FACSIMILE
(210) 472-4454

ALPINE
AUSTIN
DEL RIO
EL PASO
SAN ANTONIO

December 15, 2005

*Via Federal Express*
*Air Bill No. 7907 4783 3248*

Courtroom C Courtroom Deputy
United States Courthouse
844 N. King Street, 6th Floor
Wilmington, Delaware 19801

Re: **USA v. Manuel J. Zertuche**
**Case No. 05-CR-76-UNA**

Courtroom Deputy:

I was asked by our Assistant Federal Public Defender, Alfredo R. Villarreal, to federal express you the enclosed Waiver of Arraignment for Mr. Zertuche to see if you could use it in your courtroom. If not, please send me an e-mail at wendy_rutherford@fd.org and dispose of it.

Thank you.

Very truly yours,

LUCIEN B. CAMPBELL
Federal Public Defender

Wendy S. Rutherford
Secretary to the Federal Public Defender

WSR

Enclosure

FILED
DEC 1 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# United States District Court
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

V.

MANUEL JAVIER ZERTUCHE

Defendant
or
In re: _____

## ORDER SETTING CONDITIONS OF RELEASE OF DEFENDANT OR MATERIAL WITNESS

Case Number: DISTRICT OF DELAWARE CASE NO:
05-CR-76-UNA

SAN ANTONIO CASE NO: SA-05-879M

IT IS ORDERED that the release of defendant/material witness is subject to the following conditions:

(1) The defendant/material witness shall not commit any offense in violation of federal, state, or local law while on release in this case. The defendant/material witness shall report as soon as possible, to Pretrial Services or supervising officer, any contact with any law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.

(2) The defendant/material witness shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant/material witness shall appear at all proceedings as required and the defendant shall surrender for service of any sentence imposed as directed. The defendant/material witness shall appear at (if blank, to be notified)

6TH FLOOR, COURTROOM C
UNITED STATES COURTHOUSE
844 N. KING STREET
WILMINGTON, DELAWARE 19801
(302) 573-6170

Place

on THURSDAY, JANUARY 5, 2006 AT 1:00PM
FOR ARRAIGNMENT
Date and Time

Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant/material witness be released provided that:

( ) (4) The defendant/material witness promises to appear at all proceedings as required and the defendant promises to surrender for service of any sentence imposed.

(X) (5) The defendant/material witness executes an unsecured bond binding the defendant/material witness to pay the United States the sum of TWENTY FIVE THOUSAND UNSECURED dollars ($ 25,000 ) in the event of failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant/material witness and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant/material witness is subject to the conditions marked below:

( ) (6) The defendant/material witness is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____   Phone: _____

who agree (a) to supervise the defendant/material witness in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant/material witness at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant/material witness violates any conditions of release or disappears.

FILED
DEC 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COPY

Signed: _____
Custodian or Proxy   Date

Signed: _____
Custodian or Proxy   Date

WHITE COPY – COURT   YELLOW – DEFENDANT/MATERIAL WITNESS   PINK – U.S. MARSHAL