AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MANUEL JAVIER ZERTUCHE

**WARRANT FOR ARREST**

Case Number: CR 05-76-UNA

~~SEALED~~ UNSEALED 12/16/05 KJK

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MANUEL JAVIER ZERTUCHE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation   Probation Violation Petition

FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

charging him or her   (brief description of offense)
   KILLING A BALD EAGLE;
   DISTURBING A BALD EAGLE NEST;
   POSSESSING A BALD EAGLE;
   TRANSPORTING A BALD EAGLE;
   FELON IN POSSESSION OF A FIREARM

in violation of _____ 16 _____ United States Code, Section(s) _____ 668(a) _____

Peter T. Dalleo                                Clerk, United States District Court
Name of Issuing Officer                        Title of Issuing Officer

By: [signature]; Deputy Clerk                  7/27/2005 in Wilmington, DE
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

Manuel Javier Zertuche

| DATE RECEIVED<br>7-27-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>12-14-05 | William David, DUSM | William [signature] |