(TXWD - r5 Ltr)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### John H. Wood, Jr. U.S. Courthouse
655 E. Durango Blvd.
SAN ANTONIO, Texas 78206

William G. Putnicki
Clerk of the Court

December 14, 2005

Clerk, United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801



IN RE:   Our File Number:  SA:05-M-00879

   Your File Number:  CR-05-76-UNA

   USA vs.  (1) MANUEL JAVIER ZERTUCHE

Dear **SIR/MADAM**:
Enclosed please find the following documents:

1. Original Initial Appearance Proceeding Memo
2. Original Financial Affidavit
3. Original Order Appointing Federal Public Defender
4. Original Order Setting Conditions of Release
5. Original Appearance Bond
6. Copy - Charging Document



FILED
DEC 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Kindly acknowledge receipt of the enclosures by signing and returning the enclosed copy of this letter in the provided envelope.

Sincerely,
William G. Putnicki
*Clerk of Court*

By: Stephanie R. Johns         (210) 472-6550, ext. 227
   *Courtroom Deputy*          *Telephone No.*

Encl.
RECEIVED THIS  19th  DAY OF  December , 20 05

BY _____; Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Filed __12/14/2005__
Clerk, U. S. District Court
Western District of Texas
By _____
                        Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case Number: |
| | § | SA:05-M-00879 |
| vs. | § | District of Delaware Case No. 05-76-UNA |
| | § | Date: December 14, 2005 |
| (1) MANUEL JAVIER ZERTUCHE | § | SWORN: [✓] |
| | § | |

AKA:

## PROCEEDING MEMO - INITIAL APPEARANCE

1.  [ ] Complaint Filed _____   [X] Arrest Warrant Issued   7/27/2005
    [X] Indictment                                                   (Date)
    [ ] Information
    [ ] Prob Form 12                    [ ] Agency _____
    [X] Arrested    12/14/2005
                      Date

2.  **COURT PERSONNEL:**
    Magistrate Judge: **JOHN W PRIMOMO**
    Courtroom Deputy: **STEPHANIE JOHNS**
    Interpreter: NONE

3.  **APPEARANCES:**   For the United States: _AUSA Charlie Jenkins (duty attorney)_
                       For the Defendant: _____
                       Address: _____

                       Phone: _____
                       Retained [ ]    FPD [ ]    CJA [ ]

4.  **PROCEEDINGS:**
    a. [X] Defendant found competent.
    b. [X] Defendant informed of and received copy of charging document.
           Violation:   16 USC 668(a) and 18 USC 922(a)
    c. [X] Defendant informed of maximum penalty:  **see attached penalty sheet**
           _____

    d. [X] Defendant informed of constitutional rights.
           *My constitutional rights have been explained to me.*
           Date _____   Signature _____
    e. [ ] Defendant informed of right to Preliminary Examination.
           set for _____
           OR
       [X] No right to Preliminary Examination.
           Arraignment set for Thursday, January 5th at 1:00pm at the United States Courthouse
           844 N. King Street, Wilmington DE 19801; (302) 573-6170

4. **PROCEEDINGS: (Continued)**
   f. [X] Defendant informed of right to legal counsel.
       \_\_\_\_ 1) Defendant waives counsel, **OR**
       \_\_\_\_ 2) Defendant will try to secure counsel and inform court by _____
              as to name, address of counsel retained, **OR**
        X  3) Defendant requests appointment of counsel.
       Defendant has completed financial affidavit.
           X  a) Court finds Defendant is financially eligible and orders counsel appointed.
       **OR**
           \_\_\_\_ b) Court finds Defendant is financially ineligible and denies request.
       Defendant to advise Court by _____ as to name, address of counsel retained.

   g. [X] **PRETRIAL RELEASE:**
       [ ] 1) Government moved for detention under §3124(f).
           Detention Hearing set for: _____
       [ ] 2) Court SUA SPONTE "moves" for detention.
           Detention Hearing set for: _____
       [ ] 3) Temporary detention ordered.
           Bond Hearing set for: _____
       [X] 4) Court orders Defendant be released on the following conditions:
          \_\_\_\_ a) Personal recognizance.
           X  b) Defendant's bond set at $25,000
             X  which is unsecured.
             \_\_\_\_ which requires _____ % deposit.
             \_\_\_\_ which requires 100% cash/corporate/surety.
           X  c) Additional conditions of release as set forth in Order Setting Conditions of Release.
       [ ] 5) Detention ordered (i.e., Probation Violation).

   h. [ ] Temporary commitment issued _____
                                    *Date*

   i. [ ] Preliminary Examination continued/reset to _____
                                    *Date*
       at _____
           *Time*

   j. [ ] Preliminary Examination held _____
                                    *Date*

   k. [ ] Probable Cause found _____
                                    *Date*
       **OR**
       [ ] No Probable Cause found _____
                                    *Date*

   l. [ ] Defendant held to District Court _____
                                    *Date*

   m. [ ] Defendant dismissed on Government's motion _____
                                    *Date*

   n. [ ] Final Commitment Issued _____
                                    *Date*

   o. [ ] Arraignment Set _____
                                    *Date*

5.  a.  [X] **OTHER PROCEEDINGS**  *The defendant acknowledges, on the record, he is the individual named in the warrant and indictment filed in the District of Delaware - ORAL WAIVER OF IDENTITY HEARING.*

## MAXIMUM PENALTIES:
## USA VS. MANUEL JAVIER ZERTUCHE
## CR-05-76-UNA
(San Antonio Misc. Case No. SA-05-879M)

Count 1:      Killing a Bald Eagle, 16 USC § 668(a)
              1 year imprisonment
              $100,000 fine
              1 year supervised release
              $25.00 special assessment

Counts 2-4:   Disturbing/Possessing/Transporting a Bald Eagle, 16 USC § 668(a)
              3 years imprisonment
              $250,000 fine
              1 year supervised release
              $100.00 special assessment

Count 5:      Felon in Possession of a Firearm, 18 USC § 922(g)
              up to 10 years imprisonment
              $250,000 fine
              3 years supervised release
              $100.00 special assessment

UNITED STATES DISTRICT COURT Filed 12/14/2005
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | District of Delaware Case No: CR-05-76-UNA |
| vs. § | San Antonio Case No: SA:05-M-00879 |
| § | |
| (1) MANUEL JAVIER ZERTUCHE § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed before a United States District Judge, the appointment shall, nevertheless, remain in effect until terminated or a substitute attorney is appointed or retained.

SIGNED on 14th day of December, 2005.

JOHN W PRIMOMO
U.S. MAGISTRATE JUDGE

# United States District Court

### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

Filed 12/14/2005
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES OF AMERICA

V.

MANUEL JAVIER ZERTUCHE
**Defendant**
or
In re: _____

## ORDER SETTING CONDITIONS OF RELEASE OF DEFENDANT OR MATERIAL WITNESS

Case Number: DISTRICT OF DELAWARE CASE NO: 05-CR-76-UNA

SAN ANTONIO CASE NO: SA-05-879M

IT IS ORDERED that the release of defendant/material witness is subject to the following conditions:

(1) The defendant/material witness shall not commit any offense in violation of federal, state, or local law while on release in this case. The defendant/material witness shall report as soon as possible, to Pretrial Services or supervising officer, any contact with any law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.

(2) The defendant/material witness shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant/material witness shall appear at all proceedings as required and the defendant shall surrender for service of any sentence imposed as directed. The defendant/material witness shall appear at (if blank, to be notified)

6TH FLOOR, COURTROOM C on THURSDAY, JANUARY 5, 2006 AT 1:00PM
UNITED STATES COURTHOUSE    FOR ARRAIGNMENT    Date and Time
844 N. KING STREET
WILMINGTON, DELAWARE 19801

### Release on Personal Recognizance or Unsecured Bond
(302) 573-6170

IT IS FURTHER ORDERED that the defendant/material witness be released provided that:

( ) (4) The defendant/material witness promises to appear at all proceedings as required and the defendant promises to surrender for service of any sentence imposed.

(XX) (5) The defendant/material witness executes an unsecured bond binding the defendant/material witness to pay the United States the sum of __TWENTY FIVE THOUSAND UNSECURED__ dollars ($ 25,000 ) in the event of failure to appear as required or to surrender as directed for service of any sentence imposed.

### Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant/material witness and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant/material witness is subject to the conditions marked below:

( ) (6) The defendant/material witness is placed in the custody of:
(Name of person or organization) _____
(Address) _____
(City and state) _____ Phone: _____

who agree (a) to supervise the defendant/material witness in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant/material witness at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant/material witness violates any conditions of release or disappears.

Signed: _____
         Custodian or Proxy    Date

Signed: _____
         Custodian or Proxy    Date

WHITE COPY – COURT    YELLOW – DEFENDANT/MATERIAL WITNESS    PINK – U.S. MARSHAL

## Additional Conditions of Release (cont.)

(7) The defendant/material witness shall:

(XX) (a) report to Pretrial Services as directed.
( ) (b) report to the _____, telephone number _____ not later than _____
(XX) (c) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property: $25,000 UNSECURED BOND
( ) (d) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above described _____.
( ) (e) execute a bail bond with solvent sureties in the amount of $ _____.
( ) (f) maintain or actively seek verifiable employment.
( ) (g) maintain or commence an education program.
( ) (h) surrender any passport to Pretrial Services as directed, or _____.
( ) (i) obtain no passport.
( ) (j) abide by the following restrictions on his personal associations, place of abode, or travel: _____
( ) (k) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation o prosecution, including, but not limited to: _____.
( ) (l) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
( ) (m) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling or the following limited purpose(s): _____
( ) (n) reside at a Community Corrections facility as designated by Pretrial Services; abide by all conditions and requirements of the facility until terminated by the facility director or Pretrial Services; and remain in custody until space becomes available, and the Appearance Bond is signed; or, if a material witness, reside with a third-party custodian as approved by Pretrial Services, in lieu of residing at a Community Correction facility.
( ) (o) refrain from possessing a firearm, destructive device, or other dangerous weapon.
( ) (p) refrain from ( )any ( ) excessive use of alcohol.
( ) (q) refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. Sec. 802 unless prescribed by a licensed medical practitioner.
( ) (r) submit to substance abuse treatment which will include evaluation and testing, as well as education, in-patient or out-patient treatment, and/or participation in support groups (such as AA/NA).
( ) (s) at the discretion of the Pretrial Services, submit to substance abuse treatment which may include evaluation, testing, education, in-patient or out-patient treatment, and/or participation in support groups (such as AA/NA).
( ) (t) the defendant shall submit to any method of testing required by the Pretrial Services Office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
( ) (u) have installed on your vehicle an ignition interlock system as directed by Pretrial Services; drive no other vehicle while on pretrial release; abide by all conditions and requirements of the ignition interlock system program; and not disconnect the ignition interlock system without prior permission from Pretrial Services.
( ) (v) participate in one of the following home confinement program components and abide by all the requirements of the program which
( ) will or ( ) will not include electronic monitoring or other location verification system. Location verification systems require that you maintain a telephone at your residence without "call waiting," a modem, "call forwarding," "caller ID" or cordless telephones; wear a tracking device as directed by Pretrial Services and follow all procedures specified by Pretrial Services, and comply with all conditions and requirements of the "Home Confinement Program."
( )(i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by Pretrial Services or supervising officer.
( )(ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services or supervising officer.
( )(iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by Pretrial Services or supervising officer.
( ) (w) The following person(s) sign as surety on the Appearance Bond: _____
( ) (x) _____
( ) (y) _____
( ) (z) _____
( ) (aa) _____
( ) (bb) _____

WHITE COPY – COURT    YELLOW – DEFENDANT/MATERIAL WITNESS    PINK – U.S. MARSHAL

(8) IT IS FURTHER ORDERED that the defendant/material witness shall be responsible for any costs of participation in court-ordered programs based on his/her ability to pay as determined by Pretrial Services, and make timely payment if required by any "Order Directing Payment of Attorney's Fees".

(9) IT IS FURTHER ORDERED that if the Court has ordered herein any testing, such as substance testing, or monitoring, such as electronic monitoring, the defendant/material witness shall refrain from obstructing or attempting to obstruct or tamper in any fashion with the efficiency and accuracy of such testing and devices.

## Advice of Penalties and Sanctions

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a victim, witness, or informant; or to intimidate or attempt to intimidate a victim, witness, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

**DEFENDANTS:**

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of 15 years or more, you shall be fined not more than $250,000 or imprisoned for not more that 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than 15 years or more you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

**MATERIAL WITNESSES:**

If after release, you knowingly fail to appear as required by the conditions of release, you may be prosecuted for failing to appear and may be fined not more than $100,000 and imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant/Material Witness

I acknowledge that I am the defendant/material witness in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the sanctions and penalties set forth above.

_[signature]_
Signature of Defendant/Material Witness

**\*\*ADDRESS APPROVED BY PRETRIAL SERVICES**
Address

**AGREED, IF APPLICABLE**

_____
Assistant U.S. Attorney

City and State                                   Telephone

_____
Attorney for Defendant/Material Witness

Social Security Number

Date of Birth

## Directions to United States Marshal

(XX) The defendant/material witness is ORDERED released after processing.
( )  The United States marshal is ORDERED to keep the defendant/material witness in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant/material witness shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: DECEMBER 14, 2005                          _[signature]_
                                                  United States Magistrate Judge

WHITE COPY – COURT    YELLOW – DEFENDANT/MATERIAL WITNESS    PINK – U.S. MARSHAL

Filed 12/14/2005
Clerk, U. S. District Court
Western District of Texas
By _____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA §
§   **APPEARANCE BOND**
vs. §
§   Case Number: SA:05-M -00879
(1) MANUEL JAVIER ZERTUCHE §
*Defendant*

Non-surety: I, the undersigned acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and serverally, are bound to pay to the United States of America the sum of **$25,000 UNSECURED BOND,** and there has been deposited in the Registry of the Court the sum of **$ N/A** in cash or **N/A** (describe other surety.)

The conditions of this bond are that the defendant   (1) MANUEL JAVIER ZERTUCHE
(Name)
is to appear before this Court and at such other places as the defendant/material witness may be required to appear, in accordance with any and all orders and directions relating to the defendant's/material witness's appearance in this case, including appearance for a violation of a condition of defendant's/material witness's release as may be ordered or notified by this Court or any other United States District Court to which the defendant/material witness may be held to answer or the cause transferred. The defendant / material witness is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant/material witness appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant/material witness fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on   12/14/2005   at   U.S. District Court, , SAN ANTONIO, TX
                           Date                                   Place

Defendant. _[signature]_   at   Address.   **Address as approved by Pretrial Services

Surety. _____   at   Address. _____

Surety. _____   at   Address. _____

Signed and acknowledged before me this   **14th day of December, 2005**
                                             Date

Approved: _[signature]_   JOHN W PRIMOMO, U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | SAN ANTONIO CASE NO. SA-05-879M |
| v. ) | Criminal Action No. 05-76-UNA |
| ) | |
| MANUEL JAVIER ZERTUCHE, ) | |
| ) | |
| Defendant. ) | SEALE |

## INDICTMENT

### Count 1

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly, and with wanton disregard for the consequences of his act, did take a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle, by shooting it with a .22 caliber rifle, when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a).

### Count 2

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly, and with wanton disregard for the consequences of his act, did take, that is, did molest and disturb, a nest of a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle, by cutting down with a chainsaw a tree containing the nest, when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a) and Title 18, United States Code, Section 2.

### Count 3

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly did possess a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle,

when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a) and Title 18, United States Code, Section 2.

### Count 4

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly did transport, a bald eagle (*Haliaeetus leucocephalus*), commonly known as the American eagle, when the defendant was not permitted to do so, in violation of Title 16, United States Code, Section 668(a) and Title 18, United States Code, Section 2.

### Count 5

On or about June 6, 2003, in the District of Delaware, Manuel Javier Zertuche, the defendant, knowingly did possess a firearm, that is, a .22 caliber rifle, which had been transported in interstate commerce to Delaware, the defendant having been convicted in the District Court for Anne Arundel County, Maryland, Case No. K-97-00306 ID, of an offense punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: [signature]
Edmond Falgowski
Assistant United States Attorney

Dated: 7-26-05

CERTIFIED
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK

By: [signature]
Deputy Clerk 7/26/05

2