IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-76-SLR |
| ) | |
| MANUEL JAVIER ZERTUCHE, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER FOR**
**CONTINUANCE OF INITIAL APPEARANCE**

COMES NOW the United States of America by and through undersigned counsel, Colm Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and respectfully moves this Court for an Order continuing the defendant's initial appearance in the District of Delaware from January 5, 2006, to February 9, 2006. In support of this motion, the United States respectfully states as follows:

1. On July 26, 2005, Manuel Javier Zertuche, the defendant, was indicted by the Grand Jury for the District Delaware in a five count indictment which includes charges regarding the illegal taking of a bald eagle. A bench warrant was issued that same date.

2. On December 14, 2005, the defendant was arrested on the federal warrant in the Western District of Texas, San Antonio Division. The defendant was released on $25,000 unsecured bond and ordered to appear in the District Court for the District of Delaware on Thursday, January 5, 2006, at 1:00 p.m. for an initial appearance and arraignment. The defendant has significant health issues which would make travel problematic.

3. In the Western District of Texas, the defendant was appointed representation by Assistant Federal Public Defender Alfredo Villarreal. The U.S. Attorney's Office for the District of Delaware has offered to provide Mr. Villarreal with discovery in the case so that the defendant may entertain the possibility of a Rule 20 transfer of the charges to the Western District of Texas for purposes of a guilty plea.

4. The U.S. Attorney's Office for the District of Delaware has discussed this motion with Assistant Federal Public Defender Alfredo Villarreal and he has no objection to the motion.

WHEREFORE, the United States respectfully requests that the defendant's initial appearance in the District of Delaware be continued from January 5, 2006, at 1:00 p.m. to **February 9, 2006, at 1:00 p.m.** and that the period between these dates be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-4-06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-76-SLR |
| | ) | |
| MANUEL JAVIER ZERTUCHE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR CONTINUANCE

WHEREAS, the United States has requested a continuance of the initial appearance and arraignment and the defendant having no objection thereto;

IT IS HEREBY ORDERED, this _____ day of _____, 2006, that:

1. The initial appearance presently scheduled for January 5, 2006, at 1:00 p.m., is hereby continued to February 9, 2006, at 1:00 p.m., in Courtroom No. _____ on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington;

2. Defendant Manuel Javier Zertuche is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, thirty (30) minutes prior to the hearing; and

3. The time between the date of the Government's motion and the continued date shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161 et seq.).

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal Action No.  05-76-SLR |
| ) | |
| MANUEL JAVIER ZERTUCHE  ) | |

I, Sharon L. Bernardo, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 5, 2006, I served the foregoing:

**MOTION AND ORDER FOR
CONTINUANCE OF INITIAL APPEARANCE**

by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed to counsel of record, as follows:

> Alfredo R. Villarreal, Esquire
> Federal Public Defender's Office
> Federal Building - Hemisfair Park
> 727 E. Durango Boulevard, Suite 8-207
> San Antonio, TX  78206-1278

*/s/ Sharon L. Bernardo*