IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-76-SLR |
| | ) | |
| MANUEL JAVIER ZERTUCHE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR CONTINUANCE

WHEREAS, the United States has requested a continuance of the initial appearance and arraignment and the defendant having no objection thereto;

IT IS HEREBY ORDERED, this __6__ day of __January__, 2006, that:

1. The initial appearance presently scheduled for January 5, 2006, at 1:00 p.m., is hereby continued to February 9, 2006, at 1:00 p.m., in Courtroom No. __6C__ on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington;

2. Defendant Manuel Javier Zertuche is to report to the Office of the United States Marshal, 844 King Street, Room 100, Wilmington, Delaware, thirty (30) minutes prior to the hearing; and

3. The time between the date of the Government's motion and the continued date shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161 et seq.).



Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JAN 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE