UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. SA 05-76-SLR |
| | § | |
| MANUEL JAVIER ZERTUCHE | § | |

**REDACTED**

*(Filed stamp: 2006 FEB -3 AM 10:1_, CLERK U.S. DISTRICT COURT, DISTRICT OF DELAWARE, BD)*

### DEFENDANT'S MOTION TO CONTINUE

TO THE HONORABLE MARY PAT THYNGE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

NOW COMES Defendant Manuel Javier Zertuche, by and through his undersigned attorney, and files this Motion to Continue, and would show this Honorable Court as follows.

I

The initial appearance is scheduled for February 9, 2006.

II

#### DEFENDANT'S SERIOUS MEDICAL CONDITION

Defendant is suffering from a number of serious medical conditions. His physical condition presently does not permit him to travel from Texas, his state of residence, to the District of Delaware. Mr. Zertuche is presently undergoing chemotherapy for hepatocellular carcinoma. This treatment plan has a debilitating effect and renders Mr. Zertuche unable to travel. The defendant is under the care of several physicians including Michael Guirl, M.D. Attached as an exhibit in support of this motion is a report on Mr. Zertuche's condition signed by the medical professionals presently treating him. As of February 2, 2006, Mr. Zertuche's condition appears to be deteriorating and he is waiting a diagnosis possibly making a finding that he is afflicted with pneumonia.

*(Filed stamp: FILED FEB 3 2006, U.S. DISTRICT COURT, DISTRICT OF DELAWARE)*

## III

### PRETRIAL RELEASE

In all other aspects Mr. Zertuche is in compliance with all conditions of release and is presently under the supervision of the United States Pretrial Services Officer Lawrence Vela.

## IV

### MEDICAL UPDATES

The undersigned will promptly advise the Court as to any improvements in Mr. Zertuche's condition that will allow him to travel to the District of Delaware.

WHEREFORE premises considered Defendant respectfully prays that this honorable court will continue the above-styled and numbered cause for ninety (90) days.

Respectfully submitted.

LUCIEN B. CAMPBELL
Federal Public Defender

ALFREDO R. VILLARREAL
Assistant Federal Public Defender
Western District of Texas
727 E. Durango Blvd., B–207
San Antonio, Texas 78206–1278
(210) 472–6700
Fax: 472–4454
State Bar Number:20581850

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Defendant's Motion for Continuance on Colm F. Conolly, United States Attorney for the District of Delaware (ATTN: Edmond Falgowski, Assistant U.S. Attorney), by facsimile and mail to Nemours Building, P. O. Box 2046, N. Wilmington, Delaware, 19899-2046 on February 2, 2006.

ALFREDO R. VILLARREAL
*Attorney for Defendant*

# METHODIST SPECIALTY AND TRANSPLANT HOSPITAL

*A member of the Methodist Healthcare System*

Liver Clinic
8201 Ewing Halsell Drive * Suite 244 * San Antonio, Texas 78229
Phone: (210) 575-4837 * Toll Free 1-800-888-0402 * Fax (210) 575-8480

*"Serving Humanity to Honor God"*

RECEIVED
ual
2006 JAN 26  A 11:48
FEDERAL DEFENDER
TXW-SAN ANTONIO

January 25, 2006

To Whom It May Concern:

Manuel Zertuche ~~[redacted]~~ is a 59 year old gentleman, who is currently being seen by our physicians here at the Texas Transplant Institute. He has a hepatocellular carcinoma and is going to be receiving chemoembolization 1-3 times, and placed on our liver transplant list for possible future transplant. He has recurrent fluid overload and encephalopathy that are indicative of liver disease and a history of hypothyroidism and diabetes which he is also being treated for and taking medication to control. He is currently admitted to the Methodist Specialty and Transplant hospital, and will need frequent follow up in the liver clinic after **discharge**. Thank you for any assistance you might be able to provide with his **receiving the proper** medical attention.

*[signature]*
Dr. Michael Gwin —
medical director

*[signature]*
Dr. Preston Foster
transplant surgeon

*[signature]*
Dr. Jorge Ortiz
transplant surgeon

*[signature]*
Dr. C. Varma
transplant surgeon

Sincerely yours,

*[signature]*
Melissa D. Butler, RN
Transplant Coordinator
(210) 575-8411

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. SA 05-76-SLR |
| | § | |
| MANUEL JAVIER ZERTUCHE | § | |

**ORDER**

On this date came on to be considered the Defendant's Motion to Continue, and the Court having considered the premises, is of the opinion that the same should be and is hereby GRANTED. It is therefore ORDERED:

That the above-styled and numbered cause shall be continued until the 18 day of _____, 2006.

So ordered on this the 3 day of _____, 2006.

MARY PAT THYNGE
United States Magistrate Judge