IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-76-SLR |
| ) | |
| MANUEL JAVIER ZERTUCHE, ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO DISMISS

COMES NOW the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and respectfully moves this Honorable Court to dismiss the Indictment returned on July 26, 2005. In support of this Motion, the United States provides the following information:

1. On or about December 16, 2005, Manuel Javier Zertuche was arrested in the Western District of Texas on the arrest warrant issued in conjunction with the above-referenced indictment;

2. On January 5, 2006, the Honorable Mary Pat Thynge, United States Magistrate Judge, granted the first of two defense motions to continue the initial appearance of Mr. Zertuche in Delaware, due to Mr. Zertuche's extremely poor health; and

3. On May 2, 2006, Mr. Zertuche's court-appointed attorney in the Western District of Texas, Alfredo Villarreal, Assistant Federal Public Defender, reported to the U.S. Attorney's Office for the District of Delaware that Mr. Zertuche passed away on April 27, 2006. On June 9, 2006, this

information was confirmed by the United States Pretrial Office for the Western District of Texas, which forwarded to my office a copy of Mr. Zertuche's death certificate.

WHEREFORE, the United States respectfully request that the Court dismiss the indictment returned against Manuel Javier Zertuche on July 26, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 12, 2006

**IT IS SO ORDERED** this 12th day of June, 2006.

_____
HONORABLE SUE L. ROBINSON
Chief Judge, United States District Court